UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR00405 CDP |
| | ) | |
| CEDRIC ARNOLD RIGGINS JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $1,000.00 to the surety of record.

_____
CATHERINE D. PERRY
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 7th day of July, 2009.

*********************************************************************

VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 6th day of July, 2009.

/s/ Cynthia Kornberger
Deputy Clerk